# EXHIBIT "B"

Jul 08 16 08:50a      Chuck's Auto                              6013575117                  p.3

0046264813-1

**Credit Acceptance**

**DECLARATION ACKNOWLEDGING ELECTRONIC SIGNATURE PROCESS**

ACCOUNT # ████8802                                                               LOT # QHY

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| ROSEMARY THAMES<br>2193 BARRETT STREET<br>JACKSON, MS 39204 | WALTER WHITE<br>2193 BARRETT STREET<br>JACKSON, MS 39204 | CHUCKS USED CARS<br>210 SOUTH MAIN STREET<br>NEWTON, MS 39345 |

| | Year and Make | Model and Body Style | Color | Vehicle Identification Number |
|---|---|---|---|---|
| Used | 2007 Chrysler | 300 4D Sedan | BLACK | 2C3KA43R37H603638 |

**BUYER DECLARATION**

By signing below, I, ROSEMARY THAMES    and/or WALTER WHITE        (Buyer) hereby state that:

1. I read, understood, and agreed to the eSign Consent form and consented to use electronic signatures to sign all documents necessary to process a retail installment transaction with the Seller named above.

2. I was given the opportunity to review a paper version of the retail installment contract I was being asked to sign prior to using electronic signatures to electronically sign the documents.

3. I was in physical control of the key board, mouse or other device to click a button, signature box, or initial box that applied my e-signature to the documents with the intent to sign the documents as if I provided my handwritten signature on the documents.

4. I received a fully executed copy of the retail installment contract.

⇨ _Rosemary Thames_ 07/08/2016    ⇨ _Walter White_ 07/08/2016
Signature of Buyer     Date                   Signature of Buyer     Date

**SELLER DECLARATION**

By signing below, the Seller solemnly declares and affirms under the pains and penalties of perjury, as follows:

1. I am an authorized representative of Seller and am knowledgeable about the retail installment transaction between Seller and the Buyer(s) named above.

2. The Buyer was in physical control of the key board, mouse or other device to click a button, signature box, or initial box that applied his/her e-signature to the documents, and I witnessed the Buyer applying their electronic signature to the documents.

3. I understand Credit Acceptance Corporation is relying on this declaration in accepting for assignment the electronically signed retail installment contract between Seller and Buyer.

Seller: CHUCKS USED CARS      By: _____  Title: Agent   Date: 07/08/2016

E-Sign Declaration (Ver. 12/14)
© 2014 Credit Acceptance Corporation. All Rights Reserved